# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Daniel Courville,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | **NO. CV-21-00073-PHX-SMB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 12, 2021, reversing the final decision of the Commissioner of Social Security and judgment is entered in favor of Plaintiff, and against Defendant. This case is remanded to the Social Security Administration for further proceedings consistent with the Order.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

July 12, 2021

                                                s/ S. Hargrove
                                          By  Deputy Clerk